KLOS v. BUFFALO, R. & P. RY. CO. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Margaret A. Klos, as administratrix, etc., against the Buffalo, Rochester & Pittsburg Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, and motion for new trial denied, with costs.

HISCOCK, J., dissents.

KOEHLER, Appellant, v. NEW YORK STEAM CO., Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Elizabeth Koehler, as administratrix, against the New York Steam Company. E. A. Alexander, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Judgment affirmed, with costs.

HATCH, J., dissents.

KUDARA, Appellant, v. KUDARA, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Yosaku Kudara against Otora Iriye Kudara.

PER CURIAM. Order modified, so as to allow the defendant to appear, answer, and defend in this action; the judgment already entered to stand, pending the trial and determination of the action. As so modified, the order is affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent, and are for affirmance generally.

In re KUNTZ. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of Henry Kuntz. No opinion. Motion denied.

LAMBERT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by William H. Lambert against the Metropolitan Street Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

LANDAU, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Solomon Landau, as administrator, against the city of New York. C. Steckler, for appellant. T. Farley, for respondent.

PER CURIAM. Judgment affirmed, with costs. Motion for leave to go to the Court of Appeals granted.

PATTERSON, J., dissents.

LAWSON, Respondent, v. SPEER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Robert Lawson against William McMurtrie Speer. No opinion. Motion denied.

LEE, Respondent, v. WASHBURN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Thomas F. Fitzhugh Lee against Cyrus V. Washburn and George W. Sickels. No opinion. Order affirmed, with $10 costs and disbursements.

LEVIN v. DODD et al. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Jacob Levin against Allison Dodd and others, copartners doing business under the name and style of Hudson Coal Company, impleaded with George F. Hills. No opinion. Judgment and order unanimously affirmed, with costs.

LIGHT, Appellant, v. LIGHT, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by George K. Light against Etta A. Light. No opinion. Order affirmed, with $10 costs and disbursements.

LILLY, Respondent, v. PREFERRED ACCIDENT INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Fannie E. Lilly against the Preferred Accident Insurance Company of New York. No opinion. Judgment (83 N. Y. Supp. 585) affirmed, on the law and facts, with costs.

LINCOLN NAT. BANK v. FISCHER–HANSEN. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by the Lincoln National Bank against Carl Fischer-Hansen. No opinion. Motion denied, with $10 costs.

LINDNER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by William Lindner against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court reversed, on argument, with costs to the appellant, and action discontinued; the costs of the appeal to be offset against costs of discontinuance to be taxed.